Amster v. Freedlander ............... 19550
B. & O. Rd. Co. v. Pub. Util. Comm... 19574
Cain Bros. Bus·Co. v Pub. Util. Comm.. 19572
Cleve. & East. Tran. Co. v. Pub. Util. Comm. ...................... 19569
Col. Del. & Mar. Eletc. Co. v. Pub. Ut. Comm. .......................... 19567
Costine, Admr. v. Kennedy ........... 19558
Dayton Bd. of Ed. v. State ex........ 19573
Dill Mfg. Co. v. Zancink .............. 19564
Det. Tol. & I. Rd. Co. v. Putnam Bd. Comm. ............................ 19568
Early v. Co.-Oper. Milk Assoc........ 19553
Eversman v. Shipman Co......... : ... 19554
Findlay (City) v. Associates Inv Co... 19570
Hale v. Kennedy .................... 19574
Herberich Realty Co. v. Rogers ....... 19560
Hozsuch v. St. Clair. Cem. Ass'n...... 19559
Johnson, Exc. v. Johnson et ......... 19565
Luthi Bros. v. Stewart et........... 19555
Milano, Admr. v. Peoples Ry. Co...... 19571
Price v. Hobacker Fur. Co.......... 19556
Rogers v. Abbott et ............... 19557
Simmonds v. Park Co. ............. 19562
State v. Joseph .................... 19563
State v. Tipton .................... 19566
Szymanski v. Davis ................. 19551
West. Ohio Rd. Co. v. Pub. Util. Comm. 19561

### JAN. 9, 1926

**19550**—Nick Amster v. Herman Freedlander; motion for Wayne Appeals to certify. A. D. Metz, Wooster; M. M. Greensberger; Musser, Kimber & Huffman, Akron, for pltf; Weygandt & Ross, Wooster, for deft.

**19551**—Joseph A. Szymanski v. James C. Davis; motion for Belmont Appeals to certify. C. C. Sedgwick, Bellaire, for pltf; N. K. Kennon, St. Clairsville, for deft.

**19552**—Miller's Mutual Fire Insurance Assn. of Illinois v. Ohio & Michigan Paper Co.; motion for Lucas Appeals to certify. Miller, Brady, Yager & Leidy, Toledo, for pltf; Tyler, McMahon, Smith & Wilson, Toledo, for deft.

**19553**—Earnest R. Early v. Cooperative Pure Milk Assn; motion for Butler Appeals to certify. Andrews, Andrews & Rogers; Walton S. Bowers, Hamilton, for pltf; Edward J. Tracy, W. C. Shepherd, B. F. Harwitz, Hamilton, for deft.

**19554**—George Eversman v. Ray Shipman Co.; motion for Butler Appeals to certify. Andrews, Andrews & Rogers, Hamilton; Roettinger & Street, Cincinnati, for pltf; J. Arthur Meyer, Cincinnati, for deft.

### JAN. 11, 1926

**19555**—Luthi Bros., a partnership, v. Stewart and Ward, a partnership; motion for Belmont Appeals to certify. D. D. DuBois, Bellaire, for pltf; Cooper, Belt, Cooper & Witten, Bellaire, for deft.

**19556**—Chas. H. Price v. Hobacker Furniture Co.; motion for Lucas Appeals to certify. O. S. Brumback, J. S. Brumback, Toledo, for pltf; Tyler, McMahon & Smith, Toledo, for deft.

**19557**—Geo. W. Rogers, receiver of Portage Construction & Finance Co. v. Gardner Abbott and Wm. L. David, receivers of Cleveland Discount Co.; motion for Summit Appeals to certify. Doolittle, Foust & Holden, Akron, for pltf; Ulmer and Berne, Cleveland, Herberich, Burroughs & Bailey, Akron, for deft.

**19558**—John E. Costine, administrator, de bonis non of the estate of Wm. Patterson, deceased, v. Newell K. Kennon; motion for Belmont Appeals to certify. T. C. Ayres, St. Clairsville, for pltf; N. K. Kennon, St. Clairsville, for deft.

**19559**—Andy Hozsuch v. St. Clairsville Union Cemetery Association; motion for Belmont Appeals to certify. N. K. Kennon, St. Clairsville, for pltf; Thornburg & Lewis, St. Clairsville, for deft.

### JAN. 12, 1926

**19560**—Herberich Realty Co. v. Geo. W. Rogers, receiver of the Portage Construction & Finance Co., William L. David and Gardner Abbott, receivers of Cleveland Discount Co. and The Midland Bank; motion for Summit Appeals to certify. Heberich, Burroughs, & Bailey, Akron, for pltf; Wilkin, Cross & Davis, Cleveland; Burch, Bacon & Denlinger, Akron, for defts.

**19561**—Western Ohio Railroad Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. J. H. Goeke, Lima, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

**19562**—Frank W. Simmonds v. Lakeview Park Co., Union National Bank of Fostoria and Stophlet and Stophlet, a partnership; motion for Huron Appeals to certify. B. F. James, Bowling Green, for pltf; O. R. Wade, Fostoria, for deft.

**19563**—State of Ohio v. Henry Joseph; motion for leave to file petition in error to the Hamilton Appeals. C. S. Bell, D. M. Outcalt, Cincinnati, for pltf; A. R. Hoffman, L. A. Burke, Cincinnati, for deft.

### JAN. 13, 1926

**19564**—Dill Mfg. Co. v. Emil Zancink; motion for Cuyahoga Appeals to certify. W. H. McMorris, E. J. Parker, Cleveland, for pltf; Spear, Godfrey & Spear, Cleveland, for deft.